IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIE D. MATHIS,**
    **Plaintiff,**

v.          5:04cv286/LAC/MD

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**
_____

ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 19, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   Plaintiff's counsel, David E. Evans, Esquire, is entitled to recover a reasonable fee for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees of $2,082.00 under the EAJA are reasonable; and the Commissioner is directed to pay counsel that amount.

DONE AND ORDERED this 19th day of October, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**